UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE DIMANCHE, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, WILLIAM MCCLELLAN, STEPHANIE BRADE, SHERYL REGISTER, MAXINE BELL, FRED OLSON AND CHERYL ANDERSON <br><br> Defendant. | C.A. No.: 1:15-CV-10037-WGY |

## AFFIDAVIT OF CHRISTOPHER J. TROMBETTA

I, Christopher J. Trombetta, hereby depose and say:

1. I am counsel to Michelle Dimanche.

2. I had been prepared to file a motion for default judgment.

3. In light of the court's July 1, 2015 ruling, Ms. Dimanche understands that she need not file such a motion.

4. She understands that the Massachusetts Bay Transportation Authority's Renewed Motion to Set Aside the Default must first be addressed.

Signed under the penalties of perjury this 2nd day of July 2015.

Christopher J. Trombetta