UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE DIMANCHE,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, WILLIAM MCCLELLAN, STEPHANIE BRADE, SHERYL REGISTER, MAXINE BELL, FRED OLSON AND CHERYL ANDERSON<br><br>Defendant. | C.A. No.: 1:15-CV-10037-WGY |

## OPPOSITION TO THE MASSACHUSETTS BAY TRANSPORTATION AUTHORITY'S MOTION TO REVISE ORDER DATED FEBRUARY 26, 2016

Plaintiff, Michelle Dimanche, hereby submits her opposition to the MBTA's Motion to Revise Order Date February 26, 2016. Ms. Dimanche states that she believes that no typographical error exists in the order. Accordingly, the MBTA's motion should be denied.

MICHELLE DIMANCHE,

By her attorney,

LAW OFFICE OF
CHRISTOPHER J. TROMBETTA


/s/ Christopher J. Trombetta
Christopher J. Trombetta (BBO No. 556923)
190 Chauncy Street, Suite 101
Mansfield, MA 02048
(508) 339-5900
chris@trombettalaw.com

Dated: March 2, 2016

### CERTIFICATE OF SERVICE

I, Christopher J. Trombetta, do hereby certify that on March 2, 2016 a copy of the foregoing document has been served via electronic mail on opposing counsel in this action.

/s/ Christopher J. Trombetta
Christopher J. Trombetta