UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE DIMANCHE,<br><br>                          Plaintiff,<br><br>     v.<br><br>MASSACHUSETTS BAY TRANSPORTATION<br>AUTHORITY, WILLIAM MCCLELLAN,<br>STEPHANIE BRADE, SHERYL REGISTER,<br>MAXINE BELL, FRED OLSON AND CHERYL<br>ANDERSON<br><br>                          Defendant. | *<br>*<br>*   C.A. No.:  1:15-CV-10037-WGY<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## PRESENT VALUE CALCULATIONS

The following sets forth the present value as to lost future income, mitigation

based on Ms. Dimanche's current employment, and retirement income.  Also set forth is

lost back pay.

1.  Lost Future Income

| | | PV<br>Reversion<br>(3%) | PV |
|---|---|---|---|
| 2016: | $12,403.73 | x .99 | $12,279.70 |
| 2017: | $76,284.00 | x .971 | $74,071.76 |
| 2018: | $78,002.75 | x .943 | $73,556.59 |
| 2019: | $79,562.80 | x .915 | $72,799.96 |
| 2020: | $81,154.01 | x .888 | $72,064.76 |
| 2021: | $82,777.05 | x .862 | $71,353.81 |
| 2022: | $84,432.59 | x .837 | $70,670.07 |

2023:  $86,121.29      x .813                                                    $70,016.60

                                                    Total        $516,813.25

Mitigation (as to Future Pay)

From January 1, 2016 to January 1, 2024

                                        PV (3%)
                                        Ord. Annuity
                                $25,000 x 6.230 =      $155,750

                        Total Loss Future Income      **$361,063.25**

2.  Lost Past Earnings

        2013:  $54,968.60      ($66,341.60 - $11,373)

        2014:  $69,981.60

        2015:  $72,612.80

        2016:  $59,130.12      (290/365 x $74,422.40)

                                        Total        $256,693.12

Mitigation      2013 - $31,652 (unemployment)

                2014 - $5,108.66 (wages)

                2015 - $1,015.23 (wages)

                                        Total        $ 37,775.89

        Total Lost Back Pay                          **$218,917.23**


3.  Lost Retirement      $47,781.21/year

                        PV (3%)
                        Ord. Annuity

        $47,781.21 x 21.832 = 1,043,159.37 (36 years)

        $77,781.21 x 6.230 = 297,676.94 (7 years)

Total Lost Retirement (difference as to above amounts)      **$745,482.43**

2

MICHELLE DIMANCHE,

By her attorney,

LAW OFFICE OF
CHRISTOPHER J. TROMBETTA


/s/ Christopher J. Trombetta
Christopher J. Trombetta (BBO No. 556923)
121 North Main Street, Suite 12
Mansfield, MA  02048
(508) 339-5900
chris@trombettalaw.com

Dated:  October 17, 2016


## CERTIFICATE OF SERVICE

I, Christopher J. Trombetta, do hereby certify that on October 18, 2016 a copy of the foregoing document has been served via electronic mail on opposing counsel in this action.

/s/ Christopher J. Trombetta
Christopher J. Trombetta