UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHELLE DIMANCHE, | * | |
| | * | |
| Plaintiff, | * | C.A. No.:  1:15-CV-10037-WGY |
| | * | |
| v. | * | |
| | * | |
| MASSACHUSETTS BAY TRANSPORTATION | * | |
| AUTHORITY, WILLIAM MCCLELLAN, | * | |
| STEPHANIE BRADE, SHERYL REGISTER, | * | |
| MAXINE BELL, FRED OLSON AND CHERYL | * | |
| ANDERSON | * | |
| | * | |
| Defendants. | * | |

## PLAINTIFF'S REVISED REQUEST FOR INSTRUCTIONS TO THE JURY

Now come the plaintiff and respectfully requests that the attached instruction also

be charged to the jury.

Respectfully Submitted,
Michelle Dimanche,
By Her Attorney,

/s/ Christopher J. Trombetta
Christopher J. Trombetta, Esq.
(BBO# 556923)
121 North Main Street, Suite 12
Mansfield, MA  02048
(508) 339-5900

Dated: October 18, 2016

## INSTRUCTION – HOSTILE WORK ENVIRONMENT

A plaintiff may recover for racial discrimination if she had been subjected to a hostile work environment.  To recover on such a theory the plaintiff must offer evidence that she had been subjected to unwelcome racial harassment, that the harassment had been based on race, that the harassment was sufficiently severe or pervasive so as to alter the conditions of her employment and create an abusive work environment, that the racially objectionable conduct was both objectively an subjectively offensive, such that a reasonable person would find it hostile or abusive and she did perceive it to be so.[1]

---

[1] Douglas v. J.C Penney Co., Inc., 474 F.3d 10, 15 (1ˢᵗ Cir. 2007); Garmon v. AMTRAK, 2015 WL 3831503 *9-10 (D. Mass. June 22, 2015).  See also Noviello v. City of Boston, 398 F.3d 76, 89-92 (1ˢᵗ Cir. 2005)(retaliatory hostile work environment is adverse employment action0.