UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                           )
MICHELLE DIMANCHE,         )
                           )
            Plaintiff,     )
                           )
      v.                   )        CIVIL ACTION
                           )        NO. 15-10037-WGY
                           )
MASSACHUSETTS BAY TRANSPORTATION )
AUTHORITY,                 )
                           )
            Defendant.     )
                           )
```

## JURY VERDICT

We find for:

_____ the Massachusetts Bay Transportation
Authority

___✓_____ Michelle DiManche and assess
compensatory damages of $1,325,462.91
punitive damages of $1.3 M

_____
Forelady

Date: 10-20-2016