UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

MICHELLE DIMANCHE,

           Plaintiff,

v.

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,

           Defendant.

C.A. No.: 1:15-CV-10037-WGY

---

### ~~PROPOSED~~ JUDGMENT

The court has ordered that the plaintiff, Michelle Dimanche, recover from the defendant, Massachusetts Bay Transportation Authority, the amount of two million six hundred twenty-five thousand and four hundred sixty-two dollars and ninety one cents ($2,625,462.91), plus $28,423 in prejudgment interest at the rate of 12% on net lost past earnings,[1] plus post judgment interest at the rate of 12% per annum on her Mass. Gen. Laws Ch. 151B claim and at the federal rate on her 42 U.S.C. § 1981 claim, along with costs,[2] *provided there shall be no double recovery of interest.* WAY

CLERK OF COURT

*[signature] Jennifer Gaudet*
~~Signature of Clerk or Deputy Clerk~~
Deputy Clerk

*October 28, 2016,*

*Form of judgment approved.*
*[signature] William G. Young*
*District Judge*

---

[1] Prejudgment interest had been calculated as follows as to net lost past earnings: 2013 - $7,811 at 12% from January 1, 2014 through October 17, 2016; 2014 - $13,882 at 12% from January 1, 2015 through October 17, 2016; 2015 - $6,730 at 12% from January 1, 2016 through October 17, 2016.

[2] The federal rate of prejudgment interest would apply as to the 42 U.S.C. § 1981 judgment which is in the same amount as to the Mass. Gen. Laws Ch. 151B judgment.